■ (A) In the Matter of ALICE R. GAMMON v. CARL J. COSTANTINO, as Probation Director of Niagara County. (B) SCHOBER & SAVAGE CO., INC., v. DAVID ROSE et al. (C) In the Matter of CHESTER PISAREK et al. JOSEPH F.

SIKORA. (D) EDWARD C. ST. CLAIR v. YONKERS RACEWAY, INC., et al. (E) EARL C. SYLVANDER et al. v. FARMERS AND TRADERS LIFE INS. CO. — [In each action] Motion denied to add case to May Calendar.